# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

**APPLICATION GRANTED
SO ORDERED** _[signature]_
**VERNON S. BRODERICK
U.S.D.J.** 10/24/2020

October 22, 2020

<u>**Via ECF**</u>

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

    **Re:**    <u>***Paguada v. Aramark Sports and Entertainment Group***, **No. 20-cv-7945-VSB**
            **Request to Extend Aramark's Time to Respond to Complaint**</u>

Dear Judge Broderick:

We represent defendant Aramark Sports and Entertainment Group, LLC ("Aramark") in the above-referenced action. Pursuant to Rules I(A) and I(G) of Your Honor's Individual Rules and Practices in Civil Cases, we write with the consent of counsel for plaintiff Dilenia Paguada ("Plaintiff"), respectfully to request that the Court extend Aramark's time to respond to the Complaint from October 27, 2020 to November 25, 2020. This is Aramark's first request for an extension of time to file a response to the Complaint.

In support of this request, counsel for Aramark states that it was recently engaged in this matter and requests this extension to become familiar with the relevant facts and allegations. As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

*/s/ Michael F. Fleming*

Michael F. Fleming

*Attorney for Aramark*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060
United States
+1.212.309.6000
+1.212.309.6001