# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

> **APPLICATION GRANTED**
> **SO ORDERED** /s/ Vernon Broderick
> **VERNON S. BRODERICK**
> **U.S.D.J.** 11/24/2020

November 24, 2020

**Via ECF**

The Honorable Vernon S. Broderick
United States District Judge
United States District Court
 For the Southern District of New York
40 Foley Square, Courtroom 518
New York, NY 10007

Re: *Paguada v. Aramark Sports and Entertainment Group*, No. 20-cv-7945-VSB
    **Request to Extend Aramark's Time to Respond to Complaint**

Dear Judge Broderick:

We represent defendant Aramark Sports and Entertainment Group, LLC ("Aramark") in the above-referenced action. Pursuant to Rules I(A) and I(G) of Your Honor's Individual Rules and Practices in Civil Cases, we write with the consent of counsel for plaintiff Dilenia Paguada ("Plaintiff"), respectfully to request that the Court extend Aramark's time to respond to the Complaint from November 25, 2020 to December 24, 2020. This is Aramark's second request for an extension of time to file a response to the Complaint.  The Court granted Aramark's first request.

In support of this request, counsel for Aramark states that the parties are engaged in discussions about a possible early resolution of this matter.  If granted, this extension will permit the parties to focus on those discussions, rather than on pleadings and litigation.  As noted above, Plaintiff's counsel consents to this request. If granted, this extension will not affect any other date scheduled in this action.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Aramark*

cc: All Counsel of Record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060        ☎ +1.212.309.6000
United States                                  📠 +1.212.309.6001