UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
DILENIA PAGUADA, :
:
                Plaintiff, :
: 20-cv-7945 (VSB)
   -against- :
: **ORDER**
:
ARAMARK SPORTS AND :
ENTERTAINMENT GROUP, LLC, :
:
                Defendant. :
:
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2021

<u>VERNON S. BRODERICK</u>, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: January 21, 2021
       New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge